I, Special Agent Patrick Dawley being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since February 2019. I am currently assigned to ATF's Manchester, New Hampshire Field Office. As an ATF Special Agent, I investigate violations of federal firearms laws set forth in Title 21 and Title 26 of the United States Code. While training to become a Special Agent, I attended the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia for six-and-a-half months. During my time at FLETC, I received training in practices and methods of illegal firearm possessors, firearm traffickers, and related federal criminal statutes. In addition, I completed the ATF Firearms Interstate Nexus Training conducted at the ATF National Tracing Center in Martinsburg, West Virginia, in which I received specific instructions as well as various reference materials regarding the origin of firearms and ammunition. I have examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 20,000 firearms. I have trained local and state law enforcement partners in firearms identification and firearms tracing.

2. Prior to becoming an ATF Special Agent, I was a police officer for the Reading, Massachusetts Police Department for approximately seven years. During that time, I was assigned the ancillary duties as Firearms Instructor, Armorer, Weapons Custodian and Firearms Licensing Authority between 2016-2019. These ancillary duties required me to personally render safe and physically examine hundreds of firearms and thousands of rounds of ammunition.

3. Over the course of my law enforcement career, I have conducted and/or participated in a number of investigations involving state and federal firearm and controlled substance

violations. I have interviewed multiple victims, sources of information, witnesses, suspects, and defendants regarding various types of criminal activity. I have also served search warrants for various crimes and have made criminal arrests for firearm and controlled substance violations. I participated in state and federal investigations involving possession of illegal weapons including firearms, improvised explosive devices and possession of controlled substances. I also conducted numerous investigative stops and probable cause searches of people and vehicles. I participated in physical surveillance operations and participated in the execution of state and federal arrest warrants.  Based on my training, knowledge, and experience, I am familiar with the manner and means commonly utilized regarding illegally possessed firearms by prohibited persons, to include violent felons and members of drug trafficking organizations. I am familiar with the utilization of privately made firearms, firearms with modified or obliterated markings and additional methods used to conceal the identification of a firearm in order to hinder law enforcement from being able to link firearms to the prohibited and/or illegal possessor.

4. I am a "Federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

5. I am submitting this affidavit in support of a criminal complaint, and accompanying arrest warrant, for Justin GEBO (hereinafter, "GEBO") being in possession of a firearm while under indictment, in violation of 18 U.S.C. § 922(n), being in possession of a firearm as a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1), and being in possession of a firearm as a user of illegal drugs, in violation of 18 U.S.C. § 922(g)(3).

6. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me concerning this investigation. However, I have set forth all relevant material information I am aware of and the facts that I believe are necessary to establish probable cause to believe that GEBO committed the charged offense.

## PROBABLE CAUSE

*June 3, 2023 – Firearm Recovery*

7. This investigation stems from the June 3, 2023, homicides in Franklin, New Hampshire, of a 35-year-old mother, ▇▇▇▇▇▇▇, and her 18-month-old daughter, ▇▇▇▇▇▇▇, as well as the shooting of a 5-year-old juvenile female. On June 3, 2023, the Franklin Police Department recovered a Ceska Zbrojovka ("CZ"), model Scorpion EVO 3 S2, 9x19mm short-barreled rifle, with an attached armbrace, bearing serial number C853854, (hereinafter, the "CZ Scorpion"), from the homicide scene at ▇▇▇▇▇▇▇, Franklin, New Hampshire.

8. On June 8, 2023, I learned from Franklin Police Department personnel who were present on scene, that the CZ Scorpion was located outside of ▇▇▇▇▇▇▇, in the rear yard, approximately five feet from the rear steps.

9. Based on the investigation conducted to date by the New Hampshire State Police, Jamie BELL has been identified as the suspect in the homicides. BELL was subsequently found deceased in Franklin, New Hampshire and his death was determined by the New Hampshire Medical Examiner's Office to have been a suicide by way of a single, self-inflicted incised wound of the neck.

10. I know through my training, knowledge, experience as a firearms interstate nexus agent,

that the CZ Scorpion was manufactured in Czechoslovakia and was imported into the United States by CZ-USA in Kansas City, Kansas.  It therefore traveled in foreign and interstate commerce prior to being recovered in the State of New Hampshire.

11. On June 3, 2023, I examined the firearm, which was transferred to the custody of the New Hampshire State Police Major Crime Unit, and conducted an urgent trace (eTrace #T20230283137) of the CZ Scorpion. I learned the firearm was sold as a pistol by Riley's Sport Shop (FFL#: 6-02-02383), located in Hooksett, New Hampshire, on or about April 20, 2019, to Noah Smith.

12. On June 6, 2023, I conducted an interview of Mr. Smith, in Moultonborough, New Hampshire, regarding the CZ Scorpion. Mr. Smith stated he sold the firearm to Abe's Awesome Armament ("Abe's") (FFL#: 6-02-34397), located in New Hampton, New Hampshire, on or about July or August 2022.

13. On June 6, 2023, I learned from Abe's that Mr. Smith sold the CZ Scorpion to the store on or about July 30, 2022. Abe's stated according to their Acquisition and Disposition records, the CZ Scorpion was sold to a former employee, Eric Banks. Abe's provided a copy of the ATF Form 4473. I reviewed the form and observed Mr. Banks purchased the CZ Scorpion on September 7, 2022.

14. On June 6, 2023, I conducted a telephonic interview with Mr. Banks regarding the CZ Scorpion. Mr. Banks stated that in approximately October 2022, he privately sold the CZ Scorpion to his neighbor, Devin Hannagan.

15. On June 6, 2023, I conducted a telephonic interview of Mr. Hannagan regarding the CZ Scorpion. Mr. Hannagan confirmed he purchased the CZ Scorpion from Mr. Banks in the Fall of 2022. Mr. Hannagan stated on January 1, 2023, he sold the CZ Scorpion via

Snapchat to "Justin Geebo."[1] Mr. Hannagan stated he posted the CZ Scorpion for sale on his Snapchat account, "▮▮▮▮▮▮▮" with the vanity name ▮▮▮▮▮▮" and received a response from the vanity name "▮▮▮▮" account "▮▮▮▮." Mr. Hannagan stated he knew the account belonged to "Justin Geebo."

16. On June 7, 2023, I conducted a recorded interview of Mr. Hannagan, at his residence in Bristol, New Hampshire. Before the recorded interview with ATF, the Bristol Police Department conducted a recorded (body-worn camera) blind photo array, in which Mr. Hannagan was shown eight driver's license photographs at random. Mr. Hannagan readily identified the sixth photograph as "Justin GEBO," and stated he recognized the driver's license photograph to be GEBO – the individual he met in person on January 1, 2023, who purchased the CZ Scorpion from him.

17. Justin Gebo (DOB: ▮▮▮▮▮▮), is a resident of Belmont, New Hampshire. During the recorded interview, Mr. Hannagan stated he met GEBO approximately in the summer of 2021. Mr. Hannagan stated he knew GEBO through numerous mutual acquaintances in the vehicle-repair businesses throughout central New Hampshire. Mr. Hannagan stated he had previously worked on GEBO's vehicles, to include an Indian Motorcycle and Subaru, unknown model.

18. I learned from the Franklin Police Department, who conducted a routine motor vehicle registration query, that GEBO had a registered black 2006 Subaru Impreza, bearing ▮▮▮▮▮▮ and a black 2019 Indian N19RTS25 motorcycle, bearing New Hampshire registration ▮▮▮▮.

19. During the interview Mr. Hannagan showed me his cellphone, and specifically his

---

[1] The name appears here as it was spelled out by Mr. Hannagan.

Snapchat account, "▮▮▮▮▮▮▮▮" with the vanity name "▮▮▮▮▮▮▮". I observed a written SnapChat conversation between Hannagan and the vanity name "▮▮▮▮▮" account "▮▮▮▮▮▮" in which the only saved message was time-stamped January 1, 2023, with Mr. Hannagan's home address. Mr. Hannagan stated he sent his home address to GEBO after they agreed to the price of $1,000.00 cash for the CZ Scorpion. Mr. Hannagan stated he originally posted photographs of the CZ Scorpion to his friend's list in the middle of December 2022, and received an immediate response from GEBO. According to Mr. Hannagan, GEBO requested approximately two weeks to gather the money to pay for the CZ Scorpion. Mr. Hannagan showed me two photographs, time-stamped October 4, 2022, of pictures of a firearm, which I readily identified as the CZ Scorpion. Mr. Hannagan stated these were the photographs he uploaded and posted to Snapchat to attempt to sell the firearm. Mr. Hannagan stated, on January 1, 2023, GEBO and a white male, introduced as GEBO's "brother," arrived at Mr. Hannagan's home address in a Nissan Sentra. GEBO provided Mr. Hannagan with $1,000.00 cash in exchange for a red gun case, containing the CZ Scorpion and two magazines, one of which was loaded, which was provided directly to GEBO.



CZ Scorpion Photographs taken by Mr. Hannagan on October 4, 2022



Stock Photograph of CZ Scorpion EVO Case

20. During the interview Mr. Hannagan also stated that after being contacted by Mr. Banks on June 6, 2023, he (Mr. Hannagan) had messaged GEBO via SnapChat to the aforementioned account, asking GEBO in substance what he (GEBO) had done with the CZ Scorpion. Mr. Hannagan stated that the message was not viewed by GEBO for approximately one day and after being viewed, GEBO did not reply to the message.

21. On June 8, 2023, I learned from Mr. Hannagan that the "brother" who was present during the January 1, 2023 firearm transfer was believed to be Dana GEBO. Mr. Hannagan stated he viewed Justin GEBO's Facebook account friend's list and observed the male who looked like the "brother." Dana GEBO's driver's license photograph was shown to Mr. Hannagan who confirmed it was the same male he observed on Facebook and in person on January 1, 2023.

### *Justin GEBO – Criminal History*

22. I reviewed GEBO's criminal history and, on or about July 18, 2022, GEBO was charged with Reckless Conduct-Deadly Weapon (RSA 631:3 NH) in Merrimack Superior Court (Docket # 217-2022-CR-00681), a class B felony, punishable by 3 ½ to 7 years imprisonment. On January 5, 2023, GEBO pleaded guilty and was convicted of the aforementioned felony charge and sentenced to 12 months imprisonment, suspended for 4 years, and 2 years' probation.

23. I know that persons who are unable to obtain, procure and/or acquire firearms through traditional means, such as a federal firearms licensee, because they are a prohibited person and unable to pass a background check, commonly obtain firearms illegally through private sales and the second-hand market. I know that persons prohibited from possessing firearms, such as persons under indictment and/or convicted felons,

commonly retain firearms, once obtained, for long periods of time, because they are unable to easily obtain firearms.

*April 18, 2023, ATF Warning Letter – Forced Reset Trigger*

24. On June 7, 2023, I learned from speaking with ATF Special Agent James Martin and reviewing reports and documents, that, on April 18, 2023, Special Agent Martin and Special Agent Hoover met with New Hampshire Probation and Parole Officer Renee Honeman (hereinafter, "NHPPO Honeman") and GEBO at the Franklin Police Department, regarding GEBO purchasing a forced reset trigger from Wide Open Enterprises, classified as a machinegun part, in violation of Title 18, United States Code 922(o). GEBO stated he had purchased the item online, had installed it into an unknown AR-type rifle, chambered in .300 Blackout caliber, which he had since sold to an unknown individual. GEBO signed and dated an ATF Warning Letter in the presence of the aforementioned investigators, which acknowledged he understood he was in violation of federal law for previously possessing a machinegun part[2]. GEBO was verbally advised by ATF Investigators, which he acknowledged, that he was a convicted felon and unable to possess firearms and ammunition.

25. I learned from Special Agent Martin that GEBO provided the cellphone number ▮▮▮▮, during the interview, which was confirmed by NHPPO Honeman. NHPPO Honeman stated she had previously observed GEBO to have an unknown brand

---

[2] Forced Reset Triggers ("FRT's") were sold as nonregulated gun parts consistent with trigger assemblies until October 2021, when the ATF Firearms and Ammunition Technology Division ("ATF FATD") made a firearms determination that the FRT was a machinegun part. At that time, cease and desist letters were then issued to stop the sale of FRTs into commerce. In 2023, the ATF began to recall FRTs nationwide and to attempt to retrieve FRTs that were shipped to identified individual's addresses through obtained business shipping records from distributors. Based on the aforementioned conversation with GEBO, it was undetermined whether the part was regulated by the ATF at the time GEBO purchased the FRT. It also was undetermined when GEBO obtained and/or installed the FRT into the alleged .300 blackout caliber rifle. Lastly, it was undetermined whether GEBO transferred the .300 blackout caliber rifle prior to January 5, 2023.

cellphone in a red and black cellphone case. NHPPO Honeman stated GEBO's email address was [redacted]@icloud.com.

26. A search of the phone number [redacted] through numerous databases produced the results of a Verizon Wireless number from the Franklin, New Hampshire area.

*June 7, 2023 – Probation Schedule Visit*

27. I learned from NHPPO Honeman, on June 7, 2023, GEBO reported to the New Hampshire Probation Office, located at 314 N. State Street, Concord, New Hampshire at approximately 1:30 PM for a scheduled visit with NHPPO Honeman. During that visit, I learned GEBO admitted to using methamphetamines for the last few days to include as recent as June 6, 2023. According to NHPPO Honeman, GEBO stated he used drugs recently because he was upset about the events of the shooting involving Jamie BELL and the murder of BELL's daughter and fiancé. GEBO reported a police contact to NHPPO Honeman on June 3, 2023, during the manhunt for BELL as the aforementioned homicide suspect. During the police encounter, Boscawen Officer Smith stopped GEBO and looked inside his vehicle. GEBO advised NHPPO Honeman that he had known BELL since he was six-years-old, and that BELL had tattooed his arm. GEBO advised NHPPO Honeman that BELL was using methamphetamines and anabolic steroids and that BELL was paranoid. GEBO advised also that BELL believed the now-deceased 18-month-old victim of the homicide, was not actually BELL's biological daughter, as BELL had been led to believe.

28. I learned from Franklin Police Department dispatch log 23-14108 and Boscawen Police Officer Ryan Smith, that on June 3, 2023, during the active homicide investigation and the manhunt for BELL that ensued, at approximately 2:06 PM, GEBO was stopped by

Officer Smith in a blue sedan in the vicinity of 198 South Main Street in Franklin, New Hampshire.  This location is approximately 2000 feet from the homicide scene at ▓▓, ▓▓▓▓▓▓▓, Franklin, New Hampshire.

29. I learned from NHPPO Honeman, that on June 3, 2023, she received a notification that GEBO was queried in the New Hampshire SPOTS system by Boscawen Officer Smith at 2:01 PM.

30. I learned from the Franklin Police Department, who conducted a routine motor vehicle registration query, that GEBO had a registered blue 2007 Nissan Sentra, bearing New Hampshire registration ▓▓▓▓▓▓.

### GEBO - Drug Use

31. I learned from GEBO's criminal history that on or about August 15, 2016, GEBO was convicted of misdemeanor Possession of a Controlled Drug.

32. I learned from GEBO's criminal history that on or about July 18, 2022, GEBO was arrested for Transporting Drugs in a Motor Vehicle and Possession of a Controlled Drug.

33. I learned from NHPPO Honeman that GEBO has admitted to the following drug use at schedule probation meetings, since being placed on probation on January 5, 2023:

    a. On January 17, 2023, GEBO admitted to smoking marijuana three weeks prior to the meeting;

    b. On January 25, 2023, GEBO admitted to using methamphetamine three weeks prior to the meeting;

    c. On February 3, 2023, GEBO produced a positive urinalysis during the meeting;

    d. On February 8, 2023, GEBO admitted to using methamphetamine on February 7, 2023;

    e. On March 8, 2023, GEBO admitted to using methamphetamine five days prior to the meeting;

    f. On March 30, 2023, GEBO admitted to using methamphetamine and Adderall without a prescription, two days prior to the meeting;

    g. On April 5, 2023, GEBO admitted to using Adderall without a valid prescription on April 1, 2023;

    h. On April 10, 2023, GEBO admitted to using Adderall without a valid prescription on April 9, 2023;

    i. On April 18, 2023, GEBO admitted to using methamphetamine a week prior to the meeting;

    j. On April 24, 2023, GEBO admitted to using Adderall without a valid prescription on the same day;

    k. On June 7, 2023, GEBO admitted to using methamphetamine on June 6, 2023 and for a couple days prior;

*February 3, 2023 – Felon in Possession of Firearm Arrest*

34. I learned from Laconia Police Department Report #23-100-AR, on February 3, 2023, GEBO was pulled over for a loud exhaust, excessive tint and a rear passenger license plate light being out. GEBO was the sole occupant of this vehicle – a blue 2007 Nissan Sentra, bearing New Hampshire registration ▮▮▮▮, registered in GEBO's name. During the motor vehicle stop, GEBO advised officers that he had an AR-type rifle in the rear or his vehicle, which officers observed in plain view. Laconia Police Department retrieved a 17 Design and Manufacturing, model 17DM-15, multicaliber rifle, bearing serial number 21-08572 from the rear seat of GEBO's vehicle. GEBO was arrested for

Felon in Possession of a Dangerous Weapon (RSA 159:3 NH).

35. I know through my training, knowledge, experience as a firearms interstate nexus agent, that the 17 Design and Manufacturing, model 17DM-15, multicaliber rifle, bearing serial number 21-08572, was not manufactured in the State of New Hampshire and therefore traveled in interstate commerce prior to being recovered in the State of New Hampshire.

### CONCLUSION

36. Based on the above information, it is my conclusion that there is probable cause to believe that between January 1, 2023 and February 3, 2023, in the District of New Hampshire, GEBO was illegally in possession of firearms, while under indictment, in violation of 18 U.S.C. § 922(n); as a previously convicted felon, in violation 18 U.S.C. § 922(g)(1); as a user of illegal drugs, in violation 18 U.S.C. § 922(g)(3). I therefore respectfully request that this honorable Court issue a warrant for the arrest of GEBO.

/s/ Patrick Dawley
Patrick Dawley
Special Agent, ATF

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and applica

Date: Jun 8, 2023

Time: 4:44 PM, Jun 8, 2023

Hon. Andrea K. Johnstone
United States Magistrate Judge